**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LATRESE CARR,

                  Plaintiff,

        -against-

LACONIA NURSING HOME; MANNY
GOLDMAN; SHULEY BROWNSTEIN;
CYNTHIA MORALEZ,

                  Defendants.

----------------------------------------------------------------X

25 **CIVIL** 2973 (LLS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 1, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction, *see* Fed. R. Civ. P. 12(h)(3); accordingly, the case is closed.

**Dated:** New York, New York

        December 2, 2025

                                 **TAMMI M. HELLWIG**

                                _____
                                   **Clerk of Court**

                **BY:**         K. mango

                                  _____
                                   **Deputy Clerk**